199 So.2d 925

**Succession of Louis Francis GUERRE.**

No. 48760.

June 20, 1967.

In re: Mrs. Nell Heaphy, wife of Edwin A. Broders, applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans.   197 So.2d 738.

Writ refused.   The results are correct.